# UNITED STATES DISTRICT COURT
# OF MASSACHUSETTS
# 1 COURTHOUSE WAY, BOSTON, MA 02210

FEDERAL QUESTION                DOC#

NON JURY

LOBARI BLACKWELL
LOBARIBLACKWELL@GMAIL.COM

# V

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
10 PARK PLAZA, SUITE 3910, BOSTON, MA 02116

COMPLAINT

## JURISDICTION

1 A FEDERAL QUESTION, IN ACCORDANCE WITH 28 U.S.C 1331 THE DISTRICT COURTS SHALL HAVE ORIGINAL JURISDICTION OF ALL CIVIL ACTIONS ARISING UNDER THE CONSTITUTION, LAWS OR TREATIES OF THE UNITED STATES

## CLAIM

1 IN ACCORDANCE WITH M.G.L.CH 161§ 2, THE BASIS OF THE ISSUE ARE AS FOLLOWS:

ON SEPTEMBER 12

1 PROPERTY WAS SEIZED WITHOUT DUE PROCESS

1 DISCRIMINITIVE POWERS OF DISCRETION BEYOND THE SCOPE OF COMMEŔCE INCURRING A VIOLATION OF LIBERTY

'WITHIN THE PROPERTY OF MASSACHUSETTS BAY TRANSPORTATION AUTHORITY OF LYNN

## RELIEF

NOMINAL DAMAGES

1 LOSS OF ENJOYMENT OF LIFE

VIEW CAREY V. PIPHUS (1978), UZUEGBUNAM V PRECZEWSKI(2021)

COMPENSATORY DAMAGES

1 STORAGE DEBT AND FEES (INJUNCTION)

PUNITIVE DAMAGES

$60,000

RESPECTFULLY

LOBARI BLACKWELL