# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LOBARI BLACKWELL, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) Civil Action No. 25-CV-12598-AK |
| MASSACHUSETTS BAY | ) |
| TRANSPORTATION AUTHORITY, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## ORDER

**KELLEY, D.J.**

On February 24, 2026, the Court entered an order directing *pro se* plaintiff Lobari Blackwell to show cause, by filing a second amended complaint, why this action should not be dismissed for failure to state a claim upon which relief may be granted. [Dkt. 11].  The Court stated that failure to do so within thirty (30) days would result in dismissal of this action without prejudice.

The deadline for filing a second amended complaint has lapsed without any response from Blackwell.  Accordingly, this action is **DISMISSED** without prejudice for failure to state a claim upon which relief may be granted.

**SO ORDERED.**

Dated: April 8, 2026                     /s/ Angel Kelley
                                         Hon. Angel Kelley
                                         United States District Judge